**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| SETH BAKER; MATTHEW DANZIG; JAMES JARRETT; NATHAN MARLOW; MARK RISK, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiffs-Appellants*,<br><br>　　　　　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br>　　　　　*Defendant-Appellee*. | No. 12-35946<br><br>D.C. No.<br>2:11-cv-00722-RSM<br><br><br>ORDER |

On Remand from the United States Supreme Court

Filed January 29, 2018

Before: Michael Daly Hawkins, Johnnie B. Rawlinson, and Carlos T. Bea, Circuit Judges.

**ORDER**

The original decision entered by this court in this matter, reported at 797 F.3d 607 (9th Cir. 2015), was reversed by the Supreme Court of the United States.  *See Microsoft Corp. v. Baker*, 137 S. Ct. 1702 (2017).  We, in turn, reverse and remand to the district court for further proceedings consistent with the opinion of the Supreme Court.